| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bright, Myron H | 2. Court or Organization<br><br>U.S.C.A.--Eighth Circuit | 3. Date of Report<br><br>04/26/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>655 First Avenue North<br>Suite 340<br>Fargo, ND 58102-4952 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Legal Education Fund, Inc. |
| 2. Director | U.S. - Asia Law Institute |
| 3. Trustee | Trust #1 and #2 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 MAY -9 A 11: 05

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 04/26/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Matthew Bender & Co., Albany, NY (royalties) | $ 595.81 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 04/26/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | D | Dividend | M | T | | | | | B.(2) Interest & Dividends |
| 2. --TD Waterhouse Bank Money Market Account | | | | | | | | | |
| 3. --BR Common Stock | | | | | | | | | |
| 4. --El Paso Corp. Common Stock | | | | | | | | | |
| 5. --Chevron Common Stock (formerly Chevron Texaco) | | | | | | | | | |
| 6. --Surmodics Common Stock | | | | | | | | | |
| 7. --Fargo ND Lease Revenue Bonds | | | | | | | | | |
| 8. --Bank of America Capital Trust II Common Stock | | | | | | | | | |
| 9. --GM Acceptance Corp. Smartnotes | | | | | Sell | 10/04 | K | | |
| 10. --Ivy Global Natural Resources Fund | | | | | Buy | 09/30 | J | | |
| 11. Federal Employees Credit Union | A | Interest | J | T | | | | | |
| 12. IRA #1 | A | Interest | J | T | | | | | B.(2) Interest & Dividends |
| 13. --TD Waterhouse Bank Money Market Account | | | | | | | | | |
| 14. --BR Common Stock | | | | | | | | | |
| 15. Total Control Account Money Market Option | A | Interest | J | T | | | | | |
| 16. Brokerage Account #1 | | | | | | | | | |
| 17. --Federal National Mortgage Assoc. Medium Term Note | A | Interest | | | Redemption | 02/01 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Miami-Dade County, Fla. Aviation Municipal Bonds | A | Interest | | | Sell | 10/12 | J | | |
| 19. --US Bancorp Common Stock | A | Dividend | J | T | Buy | 03/07 | J | | |
| 20. --Edward Jones Money Market (X) | A | Interest | J | T | | | | | |
| 21. Brokerage Account #2 | | | | | | | | | |
| 22. --TD Waterhouse Bank Money Market Account | A | Interest | K | T | | | | | |
| 23. --GM Acceptance Corp. Smartnotes | A | Interest | | | Sell | 10/04 | J | | |
| 24. --Household Financial Corp. Internotes | A | Interest | | | Sell | 02/09 | J | | |
| 25. --ASV, Inc. Common Stock | | None | | | Sell | 02/11 | K | D | |
| 26. --Delaware Group Tax Free USA Fund | A | Dividend | J | T | | | | | |
| 27. --Electro-Sensors Common Stock | A | Dividend | | | Sell | 04/27 | J | | |
| 28. --Crucell NV Common Stock | | None | K | T | Partial Sale | 07/06 | K | E | |
| 29. --Pain Therapeutics Common Stock | | None | | | Sell | 02/11 | J | | |
| 30. --Polymedica Corp. Common Stock | A | Dividend | | | Partial Sale | 03/17 | J | B | |
| 31. | A | Dividend | | | Sell | 04/27 | J | | |
| 32. --Ligand Pharmaceuticals, Inc. Common Stock | | None | | | Sell | 02/11 | J | | |
| 33. --Chesapeake Energy Corp. Common Stock | A | Dividend | | | Sell | 04/21 | K | A | |
| 34. | A | Dividend | J | T | Buy | 08/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | A | Dividend | J | T | Partial Sale | 12/08 | J | A | |
| 36. --Toreador Resources Corp. Common Stock | | None | | | Sell | 12/08 | J | B | |
| 37. --Protective Life Secured Trust Internotes | A | Interest | | | Sell | 08/10 | K | | |
| 38. --St. Jude Medical Inc. Common Stock | | None | | | Buy | 07/06 | K | | |
| 39. | | None | | | Buy | 12/08 | L | | |
| 40. | | None | | | Sell | 12/08 | M | D | |
| 41. --Georgia Pacific Corp. Common Stock | | None | | | Buy | 09/06 | J | | |
| 42. | | None | | | Sell | 11/14 | J | C | |
| 43. --Georesources, Inc. Common Stock | | None | | | Buy | 03/17 | J | | |
| 44. | | None | | | Sell | 08/10 | J | B | |
| 45. --Phazar Corp. Common Stock | | None | | | Buy | 03/24 | J | | |
| 46. | | None | | | Sell | 04/27 | J | | |
| 47. --American Int'l Group Common Stock | A | Dividend | | | Buy | 02/11 | K | | |
| 48. | A | Dividend | | | Sell | 03/24 | K | | |
| 49. --Duke Energy Corp. Common Stock | A | Dividend | | | Buy | 04/21 | K | | |
| 50. | A | Dividend | | | Sell | 12/08 | K | | |
| 51. | A | Dividend | J | T | Buy | 12/08 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Nabors Industries Common Stock | | None | K | T | Buy | 12/08 | J | | |
| 53. --Nuveen Flagship High Yield Municipal Bond Fund | A | Dividend | K | T | Buy | 04/20 | K | | |
| 54. | A | Dividend | K | T | Buy | 08/10 | K | | |
| 55. --Noble Corp. Common Stock | A | Dividend | J | T | Buy | 03/24 | J | | |
| 56. --NFJ Dividend Strategy Fund | B | Dividend | K | T | Buy | 02/23 | K | | |
| 57. --Wells Fargo & Co. Common Stock | A | Dividend | J | T | Buy | 02/11 | J | | |
| 58. --UST Inc. Common Stock | A | Dividend | J | T | Buy | 12/08 | J | | |
| 59. --Broadcom Corp. Common Stock | | None | J | T | Buy | 11/14 | J | | |
| 60. --CR Bard, Inc. Common Stock | | None | K | T | Buy | 12/08 | K | | |
| 61. Trust #2 | A | Interest | K | T | | | | | |
| 62. --Edward Jones Money Market (former Edward Jones Acc't) | | | | | | | | | |
| 63. --Grand Forks ND Refunding & Improvement Municipal Bonds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 04/26/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 04/26/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date__ April 26, 2006 __

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544